CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Williamsport Branch

Glenn H Stephans III  OS31774

**Full Name of Plaintiff**　　**Inmate Number**

et al-,

v.

Dina Wascher, DBA Green Valley

**Name of Defendant 1** Realty, mcHarris Realty

McNerney Page Vanderlin & Hall

**Name of Defendant 2** counsel for Wascher.

Lycoming County STEP

**Name of Defendant 3**

mc Cormick Lawfirm, STEP cons-1

**Name of Defendant 4**

Bureau of Codes, Williamsport

**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

Civil No. 4:25-cv-1907-PJC

(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial

(  ) No Jury Trial Demand

FILED
WILLIAMSPORT

OCT 10 2025

PER ____NR____

DEPUTY CLERK

## I.　NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓　Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___　Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
(1971) (federal defendants)

___　Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

✓　PA Whistle blower Act, 43 Pa Stat. Ann. Sec. 1421-1428

✓　Tort

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFFS

Name (Last, First, MI)
Stephens, Glenn H. III    Leslie Stevenson

Inmate Number
IOS31774    non-inmate

Place of Confinement
Lycoming County Prison    205 Berkshire Drive

Address
277 W Third Street    Douglassville Pa

City, County, State, Zip Code
Williamsport Pa 17701    19518

Indicate whether you are a prisoner or other confined person as follows:

✓    Pretrial detainee  (Stephens only)
___    Civilly committed detainee
___    Immigration detainee
___    Convicted and sentenced state prisoner
___    Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Dina Wascher DBA Green Valley Realty, Williams Realty

Name (Last, First)
Property manager, 1500 Almond Street #2

Current Job Title

Current Work Address
Williamsport Pa 17701 *

City, County, State, Zip Code
* more specific address for Wascher to come

**Defendant 2:**

Kim Rammol, Inspector — Washington
Name (Last, First)

Williamsport PA Bureau of Codes
Current Job Title

W Third Street Williamsport PA 1770
Current Work Address

(more accurate, detailed address information
City, County, State, Zip Code  will be mailed by my sister Leslie
Stevenson)

**Defendant 3:**

McNerney Page Vanderlin & Hall, partners
Name (Last, First)

counsels for Wascher, Green Valley Realty, McHarris Realty
Current Job Title

433 market street
Current Work Address

Williamsport Pa 17701
City, County, State, Zip Code

**Defendant 4:**

S.T.E.P. Lycoming County
Name (Last, First)

Director
Current Job Title

Current Work Address

Newberry Pa 17701
City, County, State, Zip Code (more accurate address to follow)

**Defendant 5:**

McCormick Law Firm, Partners
Name (Last, First)

counsels for STEP Lycoming County
Current Job Title

835 W 4th Street
Current Work Address

Williamsport Pa 17701
City, County, State, Zip Code

### III.     STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.     Describe where and when the events giving rise to your claim(s) arose.

complaint sent separately later this week.

B.     On what date did the events giving rise to your claim(s) occur?

See forthcoming complaint

C.     What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

See forthcoming complaint

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Complaint sent Separately later this week

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

See forthcoming complaint

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

See forthcoming complaint.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

10/5/2025
_____
Date

Inmate Name Lynn Stephens
Inmate# 063+774
PO BOX 247  277 W third Street
LYCOMING COUNTY PRISON
PHOENIX MD 21131-0247  Williamsport Pg
17701

RECEIVED
WILLIAMSPORT

OCT 10 2025

NR

PER___ DEPUTY CLERK

US Courthouse
Peter Walsh, Clerk
240 W Third Street Suite 218
Williamsport Pa
17701 - 6460

1770186513 C010